| | |
|---|---|
| **No. 18-1324** | **September Term, 2019** |
| | SEC-Rel34-84433 |
| | SEC-Rel34-85802 |
| | **Filed On: February 18, 2020** [1828944] |

The NASDAQ Stock Market, LLC, et al.,

       Petitioners

    v.

Securities and Exchange Commission,

       Respondent

------------------------------

BOX Exchange LLC, et al.,
       Intervenors

------------------------------

Consolidated with 18-1327, 19-1112, 19-1113, 19-1128, 19-1129

      **BEFORE:** Circuit Judges Millett and Wilkins, and Senior Circuit Judge Sentelle

## COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on February 18, 2020 at 1:26 p.m. The cause was heard as case No. 3 of 3 and argued before the Court by:

    Amir C. Tayrani, counsel for Petitioners The NASDAQ Stock Market, LLC, et al.

    Douglas W. Henkin, counsel for Petitioners The NASDAQ Stock Market, LLC, et al.

    Dominick V. Freda (SEC), counsel for Respondent.

    Carter G. Phillips, counsel for Intervenor.

                                   **FOR THE COURT:**
                                   Mark J. Langer, Clerk

              BY:    /s/
                       Shana E. Thurman
                       Deputy Clerk